UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL SALAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. GEMIGNIAMI and CHRISTOPHER SATARIANO,<br><br>　　　　Defendants. | No. 2:25-cv-0896-TLN-SCR<br><br><br>ORDER |

Plaintiff is proceeding pro se and accordingly this matter is referred to the undersigned for pretrial proceedings pursuant to Local Rule 302(c)(21). Defendants responded to the Complaint on August 4, 2025. ECF No. 8.

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for **Thursday, September 4, 2025 at 11 a.m**., at the United States District Court, **to be convened over Zoom**. The courtroom deputy will provide dial-in instructions approximately one week before the conference.

2. The parties are required to return the "CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION" form to the Clerk within 90 days from the date the action was filed, or within 14 days of removal from state court. Consent forms were issued on May 14, 2025. ECF

1

1  No. 5. A review of the docket indicates that none of the parties have returned their forms. The
2  deadline to file is therefore EXTENDED to **September 11, 2025**. The Magistrate Judge will also
3  discuss the consent process with the parties at the Status Conference.

4      3. The Clerk of the Court is instructed to again serve a consent form on Plaintiff with the
5  service of this order.

6      4. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status
7  reports addressing the following matters:

8          a. Service of process;
9          b. Possible joinder of additional parties;
10         c. Any expected or desired amendment of the pleadings;
11         d. Jurisdiction and venue;
12         e. Anticipated motions and their scheduling;
13         f. The report required by Federal Rule of Civil Procedure 26(f) outlining the
14            proposed discovery plan and its schedule, including disclosure of expert witnesses;
15         g. Future proceedings, including setting appropriate cut−off dates for discovery and
16            law and motion, and the scheduling of a pretrial conference and trial;
17         h. Special procedures, if any;
18         i. Estimated trial time;
19         j. Modification of standard pretrial procedures specified by the rules due to the
20            simplicity or complexity of the proceedings;
21         k. Whether the case is related to any other cases, including bankruptcy;
22         l. Whether a settlement conference should be scheduled;
23         m. Whether the parties will stipulate to the magistrate judge assigned to this matter
24            acting as a settlement judge and waiving disqualification by virtue of his so acting,
25            or whether they prefer to have a settlement conference before another judge;
26 ////
27 ////
28 ////

n.  Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: August 11, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE